UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

Order Filed on July 23, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Charlene Murray

Case No.: 18-17921
Chapter: 13
Judge: JNP

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 23, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____6/28/2018_____ :

Property:     6151 Upsal Street, Pennsauken, NJ 08110

Creditor:     Wells Fargo Home Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/21/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Charlene D. Murray  
    Debtor

Case No. 18-17921-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
db         +Charlene D. Murray,    6151 Upsal St,    Pennsauken, NJ 08110-1729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE ET.AL. nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi rsolarz@kmllawgroup.com
         Seymour Wasserstrum    on behalf of Debtor Charlene D. Murray mylawyer7@aol.com, ecf@seymourlaw.net
         Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE ET.AL. nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 7