Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 18–17921–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charlene D. Murray
   6151 Upsal St
   Pennsauken, NJ 08110

Social Security No.:
   xxx–xx–4058

Employer's Tax I.D. No.:

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               November 19, 2019
Time:              10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*66* – Objection to (related document:65 Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for Government Loan Securitization Trust 2011–FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U. Objection deadline is 11/4/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC as Servicer for Government Loan Securitization Trust 2011–FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U) filed by Seymour Wasserstrum on behalf of Charlene D. Murray. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: November 4, 2019
JAN: eag

                                                                                                 Jeanne Naughton
                                                                                                 Clerk