UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

**Order Filed on November 20, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

CHARLENE D. MURRAY,

    Debtor,

Case No.: 18-17921-JNP

Chapter: Poslusny

Judge: 13

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 20, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ June 11, 2018 _____ :

Property: 6151 Upsal Street, Pennsauken, NJ 08110

Creditor: Specialized Loan Servicing, LLC as Servicer for Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____,
  and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by _____ Creditor * _____,
  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ November 4, 2019 _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-17921-JNP
Charlene D. Murray                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Nov 20, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db           +Charlene D. Murray,    6151 Upsal St,    Pennsauken, NJ 08110-1729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for
               Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its
               individual capacity but solely as Delaware trustee and U kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Nicholas V. Rogers     on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN
               ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE ET.AL. nj.bkecf@fedphe.com
              Rebecca Ann Solarz     on behalf of Creditor    Government Loan Securitization Trust 2011-FV1, U.S.
               Bank Trust National Association, not in its individual capacity but solely as Delaware trustee
               and U.S. Bank National Association, not in its indivi rsolarz@kmllawgroup.com
              Seymour   Wasserstrum     on behalf of Debtor Charlene D. Murray mylawyer7@aol.com,
               ecf@seymourlaw.net
              Sherri Jennifer Smith     on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN
               ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE ET.AL. nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8